UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BARBARA A. McINTYRE, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL NO. 1:14-CV-83-DBH |
| ) | |
| AFFILIATED LABORATORY, INC., ) | |
| ET AL., ) | |
| ) | |
| DEFENDANTS | |

## ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants' motion for summary judgment is **DENIED**. Upon review of the summary judgment record, I conclude that there is a genuine issue of material fact on whether the plaintiff was, had a record of, or was regarded as, disabled (Count I); and whether there was a causal relationship between her use of FMLA leave and her employment termination (Count II).

SO ORDERED.

DATED THIS 1ST DAY OF OCTOBER, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE